UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nadine Joachin

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been
assigned)

-against-

Dream Job Staffing; East Haven
Nursing and Rehab Center; CHRC Legal
Unit; Amsterdam Nursing Home

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☑  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_My civil rights of 14th amendment, followed along with, workplace discrimination of criminal background check_

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Nadine Joachin_ , is a citizen of the State of
(Plaintiff's name)

_New York_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Dream Job Staffing; East Town; CHC_ *Amsterdam Nursing Home* is a citizen of the State of
(Defendant's name)

_New York State/City_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _Dream Job Staffing; East Town CHC_ *Amsterdam Nursing Home* is incorporated under the laws of

the State of _New York State/City_

and has its principal place of business in the State of _New York/NYC_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Nadine_
First Name

_____
Middle Initial

_Joachin_
Last Name

_1118 Intervale Ave Apt.5A_
Street Address

_Bronx_
County, City

_New York_
State

_10459_
Zip Code

_9296103494_
Telephone Number

_nadine.joachin@yahoo.com_
Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

*CHRC - Legal Unit*

First Name / Last Name

*Director*

Current Job Title (or other identifying information)

*Mail Stop: CA/OLTC  or 80 South Swan Street, Albany, NY 12210*

Current Work Address (or other address where defendant may be served)

*Albany        NY        18837*

County, City        State        Zip Code

Defendant 2:

*Amsterdam Nursing Home – HR Department*

First Name        Last Name

*Human Resource*

Current Job Title (or other identifying information)

*304 West 117th St*

Current Work Address (or other address where defendant may be served)

*New York,        New York        10026*

County, City        State        Zip Code

Defendant 3:

*East Haven Nursing & Rehab Center*

First Name        Last Name

*Human Resource Department & Bernadette Dubois*

Current Job Title (or other identifying information)

*2323 Eastchester Road*

Current Work Address (or other address where defendant may be served)

*Bronx, New York        10469*

County, City        State        Zip Code

Defendant 4:     Dream Job Staffing
First Name                    Last Name

Human Resource; Judy; Supervisor
Current Job Title (or other identifying information)

Myrtle Avenue
Current Work Address (or other address where defendant may be served)

Brooklyn          New York    11205
County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Bronx, New York

Date(s) of occurrence:  11/14/2023

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I submitted documents to my EEOC Paul Esposito investigator regarding discrimination, being promoted with these health care setting violating my 14th amendment rights and 1st amendment rights. They also violating my rights discriminating against due to criminal background check. I would like to sue them for $50 million dollars - ($50,000,000)

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered bruises and individuals calling me the N-words multiple times & referred to me as an slave.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting the judgement of monetary compensation of $60,000,000.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11/15/2003 | _Nadine Mack_ |
| Dated | Plaintiff's Signature |
| Nadine | Joachin |
| First Name          Middle Initial | Last Name |
| 1118 Intervale Ave Apt. 5A | |
| Street Address | |
| Bronx | New York      10459 |
| County, City | State          Zip Code |
| 929 610 2494 | nadine.joachin@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.