UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE JOACHIN,

                              Plaintiff,

              -against-

DREAM JOB STAFFING; EAST HAVEN
NURSING AND REHAB CENTER; CHRC
LEGAL UNIT; AMSTERDAM NURSING
HOME,

                              Defendants.

23-CV-10083 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge